IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN MICHAEL WEGMANN, :
   Petitioner :
 : No. 1:22-cv-01529
   v. :
 : (Judge Rambo)
STEPHEN SPAULDING, :
   Respondent :

## ORDER

**AND NOW**, on this 25th day of May 2023, upon consideration of pro se Petitioner Shawn Michael Wegmann ("Petitioner")'s petition for a writ of habeas corpus filed pursuant to the provisions of 28 U.S.C. § 2241, and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. No. 1) is **DISMISSED in part** and **DENIED in part** as follows:

    a. Petitioner's constitutional claims concerning the conditions of his confinement at Federal Prison Camp in Lewisburg, Pennsylvania are **DISMISSED**;

    b. Petitioner's request for compassionate release or for a sentence modification/reduction under 18 U.S.C. § 3582(c)(1)(A) is **DISMISSED**;

    c. Petitioner's request for "Nearer Release Transfer" under 18 U.S.C. § 3621(b) is **DISMISSED**;

    d. Petitioner's request concerning his federal time credits under the First Step Act of 2018 is **DENIED**;

2. Petitioner's motion for the appointment of counsel (Doc. No. 17) is **DENIED** as moot; and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge
